

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
AT MACON, GEORGIA

MINUTE SHEET
OF COURT PROCEEDINGS ( )

Date:  05/21/2018                    Type of Hearing:     TRO Hearing

Judge:  C. Ashley Royal              Court Reporter:      Tammy DiRocco

Courtroom Deputy:  Lee Anne Purvis   Law Clerk:           Anna Stangle

### Case Number: 3:18-cv-62(CAR)

Sara Whyte                           Counsel:             Laurene Cuvillier
                                                          Ralph Goldberg

   vs.

Nat'l. Board of Medical Examiners    Counsel:             Will Horkin
                                                          Lee Gillis
                                                          Robert Burgoyne, by phone

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:1/31**

- 3:31  Called to order.  Preliminary remarks by the Court.  The Court notes review of this case and makes its observations.
- 3:33  Argument by Ralph Goldberg.
- 3:35  Response by Lee Gillis.
- 3:36  The Court seeks clarification and hears from Goldberg.
- 3:37  Response by Lee Gillis.
- 3:37  The Court makes further observations.
- 3:38  Goldberg responds.
- 3:39  The Court continues with its observations.
- 3:40  Plaintiff addresses the Court.
- 3:41  The Court addresses the parties re: testimony by Plaintiff Sara Whyte and courtroom procedure.
- 3:44  Examination of Plaintiff Whyte by the Court.
- 3:50  The Court makes inquiry and hears from Goldberg.
- 3:50  Continuation of examination of Plaintiff Whyte by the Court.
- 4:04  Robert Burgoyne responds to the Court's inquiry.
- 4:05  The Court reviews test results and makes its observations.

| Whyte v. NBME | Page 2 |
|---|---|
| 3:18-cv-62(CAR) | 05/21/2018 |

- 4:06  Ralph Goldberg responds.
- 4:07  Laurene Cuvillier responds.
- 4:08  The Court makes inquiry and hears from Goldberg.
- 4:15  Examination of Plaintiff Whyte by Lee Gillis.
- 4:17  The Court questions Plaintiff.
- 4:17  Argument by Lee Gillis.
- 4:19  Plaintiff Whyte responds.
- 4:19  Examination of Plaintiff Whyte by the Court.
- 4:23  Examination of Plaintiff Whyte by Lee Gillis.
- 4:23  Argument by Lee Gillis.  The Court questions the plaintiff.
- 4:25  Argument by Lee Gillis.
- 4:27  Response by Plaintiff.  Argument by Lee Gillis.
- 4:28  The Court makes inquiry and hears from Plaintiff.
- 4:33  The Court sets forth the legal issue and hears from Goldberg.
- 4:36  The Court sets forth excerpts from the 2016 report.
- 4:40  Robert Burgoyne responds.
- 4:41  The Court continues review of the 2016 report and hears from Goldberg.
- 4:47  Recess.
- 5:07  Reconvene.
- 5:08  The Court inquires into the TRO elements and hears from Lee Gillis.
- 5:12  Argument by Ralph Goldberg.
- 5:14  The Court makes further inquiry re: elements and hears from Ralph Goldberg.
- 5:17  Argument by Lee Gillis.
- 5:18  Argument by Ralph Goldberg.
- 5:22  Argument by Lee Gillis.
- 5:23  The Court makes its findings.  Plaintiff's Motion for TRO is GRANTED.
- 5:27  Adjourned.