| 06/15/2018 | 20 | NOTICE OF APPEAL as to 12 Order on Motion for TRO, Motion Hearing by NATIONAL BOARD OF MEDICAL EXAMINERS. Filing fee $ 505, Receipt No.: 113G-2900764. (GREENWOOD, GORDON) (Entered: 06/15/2018) |