## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

June 27, 2018

Laurene C. Cuvillier
Goldberg & Cuvillier, PC
1400 MONTREAL RD STE 100
TUCKER, GA 30084

Appeal Number: 18-12539-JJ
Case Style: Sara Whyte v. National Board of Medical Exam
District Court Docket No: 3:18-cv-00062-CAR

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.** We have received your Appearance of Counsel Form. According to our records, you are not a member of the Eleventh Circuit bar. Unless an attorney is appearing on behalf of the United States, a federal public defender, appointed by a federal court under the Criminal Justice Act or otherwise appointed to represent a party proceeding in forma pauperis, 11th Cir. R. 46-1 requires admission to the Eleventh Circuit bar as a condition to practice before the court. In the alternative, an attorney who does not reside in the circuit may be eligible to apply to appear pro hac vice in a particular proceeding. See 11th Cir. R. 46-4.

Please complete and return an appropriate application for admission, along with the required fee, within fourteen (14) days from this date. Application forms are available on the Internet at www.ca11.uscourts.gov. If we have not received your application within fourteen (14) days, any motions and other papers that have been conditionally filed in a pending appeal will be unfiled and returned to you. See 11th Cir. R. 46-6.

**Please contact the attorney admissions section at 404-335-6122 for further information regarding your bar status.**

Sincerely,

DAVID J. SMITH, Clerk of Court
Reply to: Tiffany A. Tucker, JJ
Phone #: (404)335-6193

ATTY-1 Appearance form bar admission