Rev. 4/18

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT
## CIVIL APPEAL STATEMENT

*Please TYPE. Attach additional pages if necessary.*

**11th Circuit Docket Number:** 18-12539-JJ

**Caption:**

Sara Whyte,

　　　　　　Appellee

v

National Board of Medical Examiners,

　　　　　　Appellant

**District and Division:** Middle District/Macon Division
**Name of Judge:** C. Ashley Royal
**Nature of Suit:** Complaint for Declaratory and Injunctive Relief
**Date Complaint Filed:** May 16, 2018
**District Court Docket Number:** 3:18-CV-62 (CAR)
**Date Notice of Appeal Filed:** June 15, 2018
☐ Cross Appeal　☐ Class Action

**Has this matter previously been before this court?**
☐ Yes　☑ No
If Yes, provide
(a) Caption: _____
(b) Citation: _____
(c) Docket Number: _____

| | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| **For Appellant:**<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | Lee M. Gillis | 231 Riverside Drive<br>Suite 100<br>Macon, GA 31201 | (478) 742-4280 Phone<br>(478) 742-8720 Fax<br>Email:<br>LGillis@jamesbatesllp.com |
| **For Appellee:**<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Ralph Goldberg<br>Laurene Cuvillier | 1400 Montreal Road<br>Suite 100<br>Tucker, GA<br>30084-6919 | (770) 670-7343 Phone<br>(770) 670-7344 Fax<br>Email:<br>attorneygoldberg@hotmail.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☑ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☑ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff: $ 0.00<br>Amount Sought by Defendant: $ 0.00<br>Awarded: $ 0.00<br>to _____<br>Injunctions:<br>☑ TRO<br>☑ Preliminary<br>☐ Permanent<br>☑ Granted<br>☐ Denied |

Page 2        11th Circuit Docket Number: __18-12539__

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☐ Yes ☑ No
What is the issue you claim is one of First Impression? _____

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

     If Yes, provide
     (a) Case Name/Statute __ADAA__
     (b) Citation _____
     (c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
     (a) Arises from substantially the same case or controversy as this appeal? ☐ Yes ☑ No
     (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☐ Yes ☑ No

     If Yes, provide
     (a) Case Name _____
     (b) Citation _____
     (c) Docket Number if unreported _____
     (d) Court or Agency _____

(4) Will this appeal involve a conflict of law
     (a) Within the Eleventh Circuit? ☐ Yes ☑ No
     (b) Among circuits? ☐ Yes ☑ No

     If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

**Application of ADAA**

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS __5th__ DAY OF __July__, 2018.

Lee M. Gillis
NAME OF COUNSEL (Print)        SIGNATURE OF COUNSEL