## No. 18-12539-JJ

IN THE UNITED STATES COURT OF APPEALS
FOR
THE ELEVENTH CIRCUIT

SARA WHYTE,

    Plaintiff-Appellee,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

    Defendant-Appellant.

On Appeal from the United District Court, Middle District of Georgia, Macon Division

**No. 3:18-cv-00062-CAR**

**Before the Honorable Judge**

**C. Ashley Royal**

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF APPELLANT, NATIONAL BOARD OF MEDICAL EXAMINERS

Lee M. Gillis, Jr.
Georgia Bar No. 217515
James-Bates-Brannan-Groover-LLP
231 Riverside Drive
Macon, Georgia 31201
Telephone: (478) 742-4280
Facsimile: (478) 742-8720
E-mail: lgillis@jamesbatesllp.com

Sara Whyte v. National Board of Medical Examiners
Docket No. 18-12539-JJ

Pursuant to Eleventh Circuit Rule 26.1, counsel for the National Board of Medical Examiners hereby certifies that the following persons and entities have or may have an interest in the outcome of this case:

Burgoyne, Robert A. – Counsel for Defendant / Appellant

Cuvillier, Laurene – Counsel for Plaintiff / Appellee

Gillis, Lee M., Jr. – Counsel for Defendant / Appellant

Goldberg, Ralph – Counsel for Plaintiff / Appellee

Greenwood, Gordon G. – Counsel for Defendant / Appellant

National Board of Medical Examiners – Defendant / Appellant

Royal, C. Ashley - District Court Judge

Whyte, Sara – Plaintiff / Appellee

No publicly traded company or corporation has an interest in the outcome of the case or appeal.

Respectfully submitted this 5th day of July, 2018.

/s/ Lee M. Gillis, Jr.
LEE M. GILLIS, JR.
Georgia Bar No. 217515

*Attorney for Defendant/Appellant,
National Board of Medical Examiners*

Sara Whyte v. National Board of Medical Examiners
Docket No. 18-12539-JJ

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a copy of the foregoing *Certificate of Interested Persons and Corporate Disclosure Statement* to be served electronically upon the parties of record through the Court's CM/ECF system. Further, I certify that I have caused a hard copy of the foregoing to be sent via first class mail to the following:

> Ralph Goldberg, Esq.
> Laurene Cuvillier, Esq.
> Goldbert & Cuvillier, P.C.
> 1400 Montreal Road, Suite 100
> Tucker, Georgia 30084-6919
> *Attorneys for Plaintiff-Appellee*
> *Sara Whyte*

This 5th day of July, 2018.

> /s/ Lee M. Gillis, Jr.
> LEE M. GILLIS, JR.
> Georgia Bar No. 217515
> *Attorney for Defendant/Appellant,*
> *National Board of Medical Examiners*

JAMES-BATES-BRANNAN-GROOVER-LLP
231 Riverside Drive, Suite 100
P. O. Box 4283
Macon, Georgia 31208-4283
Telephone: (478) 742-4280
lgillis@jamesbatesllp.com