No. 18-12539

I T 
# United States Court of Appeals for the Eleventh Circuit

_____

SARA WHYTE,

                                                  Plaintiff-Appellee,

v.

NATIONAL BOARD OF MEDICAL EXAMINERS,

                                                  Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia,
Civil Action No. 3:18-cv-00062-CAR
Judge C. Ashley Royal, Presiding

_____

**UNOPPOSED MOTION FOR DISMISSAL OF APPEAL**

_____

                                                  LEE M. GILLIS, JR.
                                                  JAMES-BATES-BRANNAN-GROOVER-LLP
                                                  231 Riverside Drive
                                                  Macon, GA 31201
                                                  Telephone: 478-749-9942
                                                  lgillis@jamesbatesllp.com

July 10, 2018                                   Counsel for Appellant NBME

140432715.2

Whyte v. National Board of Medical Examiners, No. 18-12539

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Eleventh Circuit Rule 26.1, counsel for the National Board of Medical Examiners hereby certifies that the following persons and entities have or may have an interest in the outcome of this case:

Burgoyne, Robert A. - Counsel for Defendant/Appellant

Cuvillier, Laurene - Counsel for Plaintiff/Appellee

Gillis, Lee M. - Counsel for Defendant/Appellant

Goldberg, Ralph S. - Counsel for Plaintiff/Appellee

Greenwood, Gordon Grant - Counsel for Defendant/Appellant

National Board of Medical Examiners - Defendant/Appellant

Royal, C. Ashley - District Court Judge

Whyte, Sara - Plaintiff/Appellee

No publicly traded company or corporation has an interest in the outcome of the case or appeal.

Respectfully submitted this 10th day of July, 2018.

                                */s/ Lee M. Gillis, Jr.*
                                LEE M. GILLIS, JR.
                                Georgia Bar No. 217515

                                *Attorney for Defendant-Appellant,*
                                *National Board of Medical Examiners*

## UNOPPOSED MOTION TO DISMISS APPEAL

Pursuant to Fed. R. App. P. 42 and 11th Cir. R. 42-1, Defendant-Appellant National Board of Medical Examiners ("NBME") hereby moves to dismiss this appeal with prejudice. The parties will bear their own costs and attorneys' fees.

Counsel for NBME has conferred with counsel for Plaintiff-Appellee Sara Whyte, and represents to the Court that Plaintiff-Appellee consents to this motion on the terms stated herein.

Wherefore, NBME respectfully requests that the Court dismiss this appeal with prejudice.

Dated: July 10, 2018

Respectfully submitted,

*/s/ Lee M. Gillis, Jr.*
Lee M. Gillis, Jr.
Georgia Bar No. 217515
James-Bates-Brannan-Groover-LLP
231 Riverside Drive
Macon, GA 31201
Telephone: 478-749-9942
lgillis@jamesbatesllp.com

Counsel for National Board of Medical Examiners

140432715.2

# CERTIFICATE OF COMPLIANCE
## WITH TYPE-VOLUME LIMIT, TYPEFACE REQUIREMENTS, AND TYPE-STYLE REQUIREMENTS

This document complies with the word limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), the motion contains 76 words.

This document complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and 32(a)(6) because this document has been prepared in a proportionally spaced typeface using MS Word 2016 in 14-point Times New Roman font.

                                                */s/ Lee M. Gillis, Jr.*
                                                LEE M. GILLIS, JR.
                                                Georgia Bar No. 217515

                                                *Attorney for Defendant/Appellant,*
                                                *National Board of Medical Examiners*

# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2018, I electronically filed the foregoing document with the United States Court of Appeals for the Eleventh Circuit through the CM/ECF system, and also served a true and correct copy of the foregoing by overnight courier with a copy by e-mail to:

Ralph Goldberg
Georgia Bar No. 299475
Goldberg & Culliver, P.C.
1400 Montreal Road, Suite 100
Tucker, Georgia 30084-6919
(770) 670-7343
(770) 670-7344 (FAX)
attorneygoldberg@hotmail.com

Counsel for Plaintiff-Appellee

                                      */s/ Lee M. Gillis, Jr.*
                                      LEE M. GILLIS, JR.
                                      Georgia Bar No. 217515

                                      *Attorney for Defendant/Appellant,*
                                      *National Board of Medical Examiners*