# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 12, 2018

David W. Bunt
U.S. District Court
115 E HANCOCK AVE
ATHENS, GA 30601

Appeal Number: 18-12539-JJ
Case Style: Sara Whyte v. National Board of Medical Exam
District Court Docket No: 3:18-cv-00062-CAR

The enclosed copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Tiffany A. Tucker, JJ/clw
Phone #: (404)335-6193

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 18-12539-JJ
_____

SARA WHYTE,

                              Plaintiff - Appellee,

versus

NATIONAL BOARD OF MEDICAL EXAMINERS,

                              Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Georgia

_____

ENTRY OF DISMISSAL: Pursuant to Appellant National Board of Medical Examiners's motion for voluntary dismissal, FRAP Rule 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date, effective July 12, 2018.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by:  Tiffany A. Tucker/clw, JJ, Deputy Clerk

                                                  FOR THE COURT - BY DIRECTION